| | |
|---|---|
| UNITED STATES DISTRICT COURT | |
| EASTERN DISTRICT OF CALIFORNIA | |

| | |
|---|---|
| PERVAIZ A. CHAUDHRY, M.D., and VALLEY CARDIAC SURGERY MEDICAL GROUP,<br><br>Plaintiffs,<br><br>v.<br><br>DR. KAREN SMITH, in her official capacity as Director of the California Department of Public Health, STEVEN LOPEZ, California Department of Public Health, Fresno District Office Manager, in his official and personal capacity; ERIC CREER, in his personal capacity, BEA HENSLEIT, in her personal capacity; SHIRLEY CAMPBELL, in her personal capacity, DEIDRE KAPPMEYER, in her personal capacity; and DOES 1 through 10, inclusive,<br><br>Defendants. | Case No. 1:16-cv-01243-LJO-MJS<br><br>ORDER GRANTING MOTION TO MODIFY SCHEDULING ORDER (ECF NO. 21)<br><br>ORDER VACATING DECEMBER 1, 2017 HEARING<br><br>ORDER ADOPTING PARTIES' PROPOSED SCHEDULE AND SETTING NEW DATES AND DEADLINES (ECF NO. 27) |

Upon due consideration of: the Court's previous Scheduling Order (ECF No. 17); Plaintiff's Motion to Modify the Scheduling Order and related papers (ECF No. 21); Defendants' non-opposition, and then Stipulation, to said motion (ECF Nos. 22 & 23);

Plaintiff's Supplemental sealed filings (ECF Nos. 25, 28 & 29) in response to the Court's request (ECF Nos. 24 & 26) for assurances that modification of the Scheduling Order would enable and ensure strict adherence to extended dates and deadlines; and, the parties' First Amended Scheduling Report (ECF No. 27), and GOOD CAUSE APPEARING, IT IS HEREBY ORDERED that:

1. The Court's Initial Scheduling Order (ECF No. 17) is MODIFIED, but only insofar as as-yet-unexpired deadlines and still-pending dates specified therein are vacated;

2. The following dates and deadlines shall control further proceedings in this case:

   Discovery Deadlines:
       Non-Expert:  April 9, 2018
       Expert:        August 7, 2018

   Expert Disclosure Deadlines:
       Initial:        May 9, 2018,
       Supp.:       May 23, 2018

   Motion Deadlines:
       Non-Dispositive:
           Filing:      August 7, 2018
           Hearing:   TBD
       Dispositive:
           Filing:  November 8, 2018
           Hearing:  December 18, 2018

   Pretrial Conference:  February 12, 2019
   Jury Trial:  April 9, 2019

3. All other provisions of the Initial Scheduling Order remain in full force and effect.
4. The December 1, 2017, Scheduling Conference is VACATED
5. The dispositive motion deadlines and dates for the pretrial conference and trial are firm. No further modifications of those dates will be requested absent currently unforeseen and unforeseeable extraordinary circumstances.

IT IS SO ORDERED.

Dated: November 28, 2017        /s/ *Michael J. Seng*
                                UNITED STATES MAGISTRATE JUDGE