Brian C. Leighton, CA BAR #090907
LAW OFFICES OF BRIAN C. LEIGHTON
755 N. Peach Avenue, Suite G-10
Clovis, CA  93611
Telephone:  (559) 297-6190
Facsimile:  (559) 297-6194
Email: brian@lawleighton.com

Charles L. Doerksen, CA BAR #135423
Travis R. Stokes, CA BAR #225122
2125 Kern Street, Suite 304
Fresno, CA 93721
Telephone:  (559) 233-3434
Facsimile:  (559) 233-3939
Email:  trs@doerksentaylor.com

Attorney for plaintiffs Pervaiz A. Chaudhry, M.D. and Valley Cardiac
      Surgery Medical Group

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PERVAIZ CHAUDHRY, M.D. and VALLEY CARDIAC SURGERY MEDICAL GROUP,<br><br>            Plaintiffs,<br><br>     vs.<br><br>DR. KAREN SMITH, in her official capacity as the Director of the California Department of Public Health; STEVEN LOPEZ, California Department of Public Health, Fresno District Office Manager, in his personal capacity; ERIC CREER, in his personal capacity as an employee of the California Department of Public Health; SHIRLEY CAMPBELL, in her personal capacity; DEIDRE KAPPMEYER, in her personal capacity,<br><br>            Defendants. | Case No.: 1:16-CV-01243-LJO-MJS<br><br> **ORDER ON STIPULATION TO EXTEND DISCOVERY DEADLINES** |

Having considered the parties' Stipulation to Extend Discovery Deadlines (Doc. 32) and the grounds stated therefor, the Court finds that: 1) the inability of Defendant Kappmeyer, because of a medical condition, to be deposed before the current discovery deadline is reason for extending the discovery deadline for the taking of her deposition; 2) that the expert discover deadline shall be extended until one month after the taking of Defendat Kappmeyer's deposition; 3) that Plaintiff's absence from the country (presumed to be voluntary since not otherwise stated) is no justification for extending the deadline for him to appear at his deposition; and, 4) nothing in this Order shall constitute a basis for seeking delay of the dispositive motion schedule, the pretrial conference or the trial in this case.

Therefore, IT IS ORDERED that:

1) The deadline for deposing Defendant Deidre Kappmeyer is extended to July 20, 2018; and

2) The expert discovery deadline is extended to August 20, 2018.

IT IS SO ORDERED.

Dated: April 6, 2018     /s/ *Michael J. Seng*
UNITED STATES MAGISTRATE JUDGE