# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PERVAIZ A. CHAUDHRY, M.D., et al., | Case No. 1:16-cv-01243-LJO-SAB |
| Plaintiffs, | ORDER DIRECTING PLAINTIFFS TO FILE AN OPPOSITION OR STATEMENT OF NON-OPPOSITION TO DEFENDANT'S REQUEST TO EXTEND THE EXPERT DISCOVERY DEADLINE |
| v. | |
| DR. KAREN SMITH, | |
| Defendant. | FIVE DAY DEADLINE |

On August 16, 2018, Defendant filed a request to extend the expert discovery deadline. Plaintiffs are HEREBY ORDERED to file an opposition or statement of non-opposition to Defendant's request within five (5) days of the date of entry of this order.

IT IS SO ORDERED.

Dated: **August 17, 2018**

UNITED STATES MAGISTRATE JUDGE

1