# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PERVAIZ A. CHAUDHRY, M.D., et al., | Case No. 1:16-cv-01243-LJO-SAB |
| Plaintiffs, | AMENDED ORDER DIRECTING DEFENDANTS TO FILE A REPLY TO PLAINTIFFS' OPPOSITION |
| v. | |
| DR. KAREN SMITH, et al., | DEADLINE: AUGUST 24, 2018 |
| Defendants. | |

On August 16, 2018, Defendants filed a request for modification of the scheduling order to extend the expert discovery deadline by sixty days. (ECF No. 36.) Defendants state that they have subpoenaed pertinent records from Plaintiffs' experts after an April 9, 2018 order extending the expert discovery deadline and such records have not yet been produced. (Id.) Defendants state that they have been informed that the documents will be produced on August 20, 2018, the day discovery closes, and need an extension of time to depose Plaintiffs' experts. (Id.) On August 17, 2018, Plaintiffs filed an opposition to the request to extend the discovery deadlines. (ECF No. 38.)

The Court shall provide Defendants with the opportunity to address the issues raised in Plaintiffs' opposition. Specifically, the Court shall require Defendants to address when the subpoenas were issued and the reason that responsive documents were not able to be received prior to the expert discovery cut-off dates.

1

Accordingly, IT IS HEREBY ORDERED that Defendants shall file a reply to Plaintiffs' opposition to the request to modify the scheduling order on or before August 24, 2018.

IT IS SO ORDERED.

Dated: __**August 21, 2018**__

_____
UNITED STATES MAGISTRATE JUDGE