# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PERVAIZ A. CHAUDHRY, M.D., et al.,<br><br>    Plaintiffs,<br><br>v.<br><br>DR. KAREN SMITH, et al.,<br><br>    Defendants. | Case No. 1:16-cv-01243-LJO-SAB<br><br>ORDER DISREGARDING DEFENDANT'S REQUEST TO MODIFY SCHEDULING ORDER<br><br>(ECF Nos. 36, 38, 41) |

On August 16, 2018, Defendants filed a request for modification of the scheduling order to extend the expert discovery deadline by sixty days. (ECF No. 36.) On August 17, 2018, Plaintiffs filed an opposition to the request for modification of the scheduling order. (ECF No. 38.) On August 24, 2018, Defendants filed a request to withdraw the motion. (ECF No. 41.)

Accordingly, IT IS HEREBY ORDERED that Defendants' request for modification of the scheduling order (ECF No. 36) is withdrawn and shall be DISREGARDED.

IT IS SO ORDERED.

Dated: **August 27, 2018**

                                                                   UNITED STATES MAGISTRATE JUDGE

1