1
2
3
4
5
6
7
8    # UNITED STATES DISTRICT COURT
9
    ## EASTERN DISTRICT OF CALIFORNIA
10
11   PERVAIZ A. CHAUDHRY, M.D., et al.,      Case No. 1:16-cv-01243-LJO-SAB

12              Plaintiffs,               ORDER RE STIPULATION TO AMEND
                                          SCHEDULING ORDER
13        v.
                                          (ECF Nos. 43, 44)
14   DR. KAREN SMITH, et al.,

15              Defendants.

16
17          On October 30, 2018, Defendants filed an application for modification of the scheduling

18   order requesting the deadline to file dispositive motions be extended from November 8, 2018, to

19   December 8, 2018.  (ECF No. 43.)  In addition, a stipulation signed by counsel for all parties

20   agreeing to such modification was also filed on October 30, 2018.  (ECF No. 44.)  The Court

21   finds good cause to grant the modification.

22          Accordingly, IT IS HEREBY ORDERED that:

23          1.      The amended scheduling order filed November 29, 2017 is amended as follows:

24                  a.      All dispositive motions shall be filed on or before December 7, 2018, with

25                          the motion to be set for argument on or before January 8, 2019.

26   / / /
27   / / /
28   / / /

                                                1

1       2.      The parties are advised that no further modifications to the scheduling order will

2       be granted.

3

4 IT IS SO ORDERED.

5 Dated:   **October 31, 2018**

UNITED STATES MAGISTRATE JUDGE