# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PERVAIZ A. CHAUDHRY, M.D., et al., | Case No. 1:16-cv-01243-LJO-SAB |
| Plaintiffs, | ORDER DIRECTING CLERK OF THE COURT TO TERMINATE DEFENDANT DEIDRE KAPPMEYER AS A PARTY TO THIS ACTION PURSUANT TO FED. R. CIV. P. 41(a) |
| v. | |
| DR. KAREN SMITH, et al. | |
| Defendants. | (ECF No. 59) |

On January 24, 2019, a stipulation was filed to dismiss Defendant Deidre Kappmeyer from this action with prejudice under Federal Rule of Civil Procedure 41(a)(1)(A)(ii). Rule 41(a) of the Federal Rules of Civil Procedure allows a party to dismiss some or all of the defendants in an action through a Rule 41(a) notice. Wilson v. City of San Jose, 111 F.3d 688, 692 (9th Cir. 1997). In light of the stipulation of the parties, Defendant Deidre Kappmeyer, shall be terminated in this action, with each party to bear its own costs and attorney fees.

IT IS SO ORDERED.

Dated: __January 26, 2019__

_____
UNITED STATES MAGISTRATE JUDGE

1