# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PERVAIZ A. CHAUDHRY, M.D. and VALLEY CARDIAC SURGERY MEDICAL GROUP,<br><br>Plaintiffs,<br><br>v.<br><br>DR. KAREN SMITH, in her official capacity as the Director of the California Department of Public Health; STEVEN LOPEZ, California Department of Public Health, Fresno District Office Manager, in his personal capacity; ERIC CREER, in his personal capacity as an employee of the California Department of Public Health; SHIRLEY CAMPBELL, in her personal capacity; DEIDRE KAPPMEYER, in her personal capacity,<br><br>Defendants. | OLD CASE NO: 1:16-cv-01243-LJO-SAB<br><br>NEW CASE NO: 1:16-cv-01243-SAB<br><br>ORDER ASSIGNING ACTION TO U.S. MAGISTRATE JUDGE FOR ALL PURPOSES PURSUANT TO THE CONSENT OF ALL PARTIES |

Pursuant to 28 U.S.C. §636(c)(1), all parties have consented to the conduct before a U.S. Magistrate Judge of all further proceedings in this action, including trial and entry of judgment. Accordingly, this Court ASSIGNS this action to U.S. Magistrate Judge Stanley A. Boone for all further purposes and proceedings. Further papers shall bear the new case number **1:16-cv-1243-SAB.**

U.S. District Judge Lawrence J. O'Neill will take no further action in this case. Law and motion, pretrial conference and trial dates will need to be reset before Magistrate Judge Boone as necessary.

IT IS SO ORDERED.

Dated: **February 14, 2019**         **/s/ Lawrence J. O'Neill**
                                    UNITED STATES CHIEF DISTRICT JUDGE

1