# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PERVAIZ A. CHAUDHRY, M.D., et al., | Case No. 1:16-cv-01243-LJO-SAB |
| Plaintiffs, | ORDER SETTING SETTLEMENT CONFERENCE |
| v. | |
| DR. KAREN SMITH, | |
| Defendant. | |

A Settlement Conference is scheduled for April 3, 2019, at 10:00 a.m. in Courtroom 8 before the United States Magistrate Judge Barbara A. McAuliffe.

IT IS SO ORDERED.

Dated:  __February 15, 2019__   _____

UNITED STATES MAGISTRATE JUDGE