# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PERVAIZ A. CHAUDHRY, M.D., et al.,<br><br>　　　　Plaintiffs,<br><br>　v.<br><br>DR. KAREN SMITH,<br><br>　　　　Defendant. | Case No. 1:16-cv-01243-LJO-SAB<br><br>ORDER REQUIRING PERSONAL APPEARANCE BY PLAINTIFF PERVAIZ A. CHAUDHRY AT HEARING ON MOTION TO WITHDRAW |

　　　This matter is currently set to proceed to trial by jury on December 3, 2019. (ECF No. 71.) On July 30, 2019, counsel for Plaintiffs Pervaiz A. Chaudhry and Valley Cardiac Surgery Medical Group filed a motion to withdraw due to the nonpayment of fees. (ECF Nos. 73-75.) A hearing on the motion to withdraw is set for September 11, 2019. The Court shall require the personal appearance of Plaintiff Chaudhry at the hearing on the motion to withdraw.

　　　Accordingly, IT IS HEREBY ORDERED that Plaintiff Chaudhry shall personally appear on September 11, 2019, at 10:00 a.m. in Courtroom 9. Failure to comply with this order may result in the issuance of sanctions up to and including dismissal of this action.

IT IS SO ORDERED.

Dated: __**July 31, 2019**__　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

1