IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | |
|---|---|
| PERVAIZ A. CHAUDHRY, M.D., et al.,<br><br>　　　　　　　　　　　Plaintiffs,<br><br>　　v.<br><br>DR. KAREN SMITH, et al.,<br><br>　　　　　　　　　　　Defendants. | Case No.: 1:16-cv-01243 SAB<br><br>ORDER SUBSTITUTING SONIA ANGELL FOR DR. KAREN SMITH AS A DEFENDANT IN THIS MATTER<br><br>(ECF No. 100) |

On March 18, 2020, the parties to this action stipulated to substitute Sonia Angell for Defendant Karen Smith pursuant to Federal Rule of Civil Procedure 25(d). Under Rule 25(d), "[a]n action does not abate when a public officer who is a party in an official capacity dies, resigns, or otherwise ceases to hold office while the action is pending." The court may order substitution at any time. Id.

Accordingly, IT IS HEREBY ORDERED that:

1. Sonia Angell, in her official capacity as Director of CDPH, is SUBSTITUTED into this matter for Defendant Karen Smith.

2. Defendant Smith is DISMISSED from this action, and her name shall be removed from all future filings.

3. All further pleadings and papers filed in this case shall bear the new case name:

<u>Pervaiz A. Chaudhry, et al. v. Sonia Angell, in her official capacity as the Director of the California Department of Public Health, et al.</u>

IT IS SO ORDERED.

Dated: **March 18, 2020**

_____
UNITED STATES MAGISTRATE JUDGE

2