UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PERVAIZ CHAUDHRY, M.D., et al.,<br><br>　　　　　Plaintiffs,<br><br>　vs.<br><br>KAREN SMITH, et al.,<br>　　　　　Defendants. | Case No.: 1:16-cv-01243-SAB<br><br>ORDER RE STIPULATION FOR PLAINTIFFS' WITHDRAWAL AND DISMISSAL OF ALL CLAIMS OF EMOTIONAL DISTRESS AND PHYSICAL MANIFESTATIONS AND ADDITIONAL BRIEFING RE: COURT'S ORDER ON MOTIONS *IN LIMINE*<br><br>(ECF No. 102) |

On March 18, 2020, the parties filed a stipulation for the withdrawal of Plaintiffs' request for damages due to emotional distress or physical manifestations. Plaintiffs seek to file supplemental briefing regarding this Court's order on the parties' motions *in limine*. Plaintiffs seek reconsideration of the *in limine* rulings on the ground that the dismissal of the claims will impact the Court's rulings.

Accordingly, IT IS HEREBY ORDERED that:

1. Plaintiff Chaudhry's claims, assertions, and requests for damages relating to his general damages, which he claims to have been proximately caused by Defendants' conduct, including but not limited to depression, anxiety, sleeplessness, and cluster headaches, are withdrawn.

2. Plaintiffs shall not introduce any evidence whatsoever in support of the general damages claims or to request damages for such claims.

3. The parties may file a motion for reconsideration on the limited subject of the impact or effect on the Court's *in limine* orders (ECF No. 97) in light of Plaintiffs' withdrawal of the aforesaid claims.

4. Plaintiffs shall file and serve their motion for reconsideration on or before March 30, 2020.

5. Defendants shall file an opposition to the motion for reconsideration on or before April 10, 2020.

6. No reply brief will be allowed.

7. Oral argument on Plaintiffs' motion for reconsideration is set for April 22, 2020 at 10:00 a.m. in Courtroom 9.

IT IS SO ORDERED.

Dated: **March 19, 2020**

_____
UNITED STATES MAGISTRATE JUDGE