# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PERVAIZ A. CHAUDHRY, M.D., et al., <br><br> Plaintiffs, <br><br> v. <br><br> SONIA ANGELL, et al., <br><br> Defendants. | Case No. 1:16-cv-01243-SAB <br><br> ORDER VACATING ALL DATES IN THE PRETRIAL ORDER AND SETTING STATUS CONFERENCE |

This matter is currently set for a jury trial on May 11, 2020. (Amended Pretrial Order, ECF No. 96.) On April 9, 2020, the Court conducted an informal telephonic conference to discuss whether the jury trial would be able to commence on that date due to the COVID-19 restrictions currently in place. Counsel Thornton Davidson and Ty Kharazi appeared for Plaintiffs Pervaiz Chaudhry and Valley Cardiac Surgery Medical Group, and counsel Diana Esquivel appeared for Defendants Sonia Angell, Steven Lopez, and Shirley Campbell.

Based on the discussion at the April 9, 2020 telephonic conference, the dates in the February 13, 2020 amended pretrial order shall be vacated and reset once a new trial date is selected. A status conference is set for June 9, 2020 for the parties to address a new date for the trial of this matter.

Accordingly, IT IS HEREBY ORDERED that:

1. The jury trial set for May 11, 2020 is VACATED;

2. All dates in the February 13, 2020 amended pretrial order are vacated;

3. A status conference is set for June 9, 2020 at 3:00 p.m. in Courtroom 9 to address setting a trial date; and

4. Counsel shall contact Courtroom Deputy Mamie Hernandez to appear by Zoom at the June 9, 2020 status conference.

IT IS SO ORDERED.

Dated: **April 9, 2020**

UNITED STATES MAGISTRATE JUDGE