# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PERVAIZ A. CHAUDHRY, M.D., et al.,<br><br>Plaintiffs,<br><br>v.<br><br>DR. KAREN SMITH, et al.,<br><br>Defendants. | Case No. 1:16-cv-01243-SAB<br><br>ORDER RE STIPULATION TO AMEND PRETRIAL ORDER<br><br>(ECF No. 125) |

Currently before the Court is the parties' stipulation requesting an extension of the deadlines contained in the third amended pretrial order. (ECF No. 125.)

On November 2, 2020, the Court issued a third amended pretrial order requiring the parties to file and serve their deposition designations and final trial exhibit lists by January 5, and January 8, 2021, respectively, and requiring submission of trial exhibits by January 8, 2021. (ECF No. 116.) On December 7, 2020, the Court granted in part Defendants' motion to compel non-party Community Regional Medical Center ("CRMC") to produce its peer review file within fourteen days of issuance of a protective order. (ECF No. 122.) On December 21, 2020, the Court entered a stipulated protective order concerning the peer review file (ECF No. 124), and thus CRMC's deadline to produce the file is January 4, 2021.

According to the parties' stipulation before the Court, the parties have not received the peer review file, and although CRMC's attorney has not disclosed information regarding the size

of the file, the parties anticipate it will be several thousand pages long. (ECF No. 125 at 2.) The parties submit that they cannot reasonably review and analyze the peer review file in time to include any additional deposition designations that may be necessary, and the parties will require additional time to determine whether any documents contained in the peer review file are appropriate for inclusion in their trial exhibits and respective lists. (Id.) The parties therefore request an extension of the deposition-designation deadline to January 11, 2021, and an extension of the deadline to file and submit their exhibit lists and trial exhibits to January 15, 2021. (Id.) The parties proffer they do not believe the requested extension will affect any other deadlines in the third amended pretrial order since the majority of the trial-document deadlines are January 15, 2021. (Id.) The Court finds good cause to grant the requested modification.

Accordingly, IT IS HEREBY ORDERED that third amended pretrial order (ECF No. 116) is modified as follows:

1. The parties shall file and serve their deposition designations on or before January 11, 2021;

2. The parties shall file and serve their final exhibit lists and submit their pre-marked exhibits on or before January 15, 2021; and

3. All other aspects of the November 2, 2020 third amended pretrial order remain in effect.[1]

IT IS SO ORDERED.

Dated: **January 4, 2021**

UNITED STATES MAGISTRATE JUDGE

---

[1] On January 4, 2021, pursuant to the parties' request, the Court scheduled a videoconference for January 8, 2021, to discuss scheduling issues with the parties. (ECF No. 126.) If the videoconference is no longer necessary following the entry of this order, the parties shall contact the Court to take the conference off calendar.