# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PERVAIZ A. CHAUDHRY, M.D., et al., | Case No. 1:16-cv-01243-SAB |
| Plaintiffs, | ORDER FOLLOWING INFORMAL STATUS CONFERENCE |
| v. | |
| SONIA ANGELL, et al., | |
| Defendants. | |

At the request of counsel, an informal status conference was held in this matter on January 8, 2021. Counsel Ty Kharazi appeared by video for Plaintiffs Chaudhry and Valley Cardiac Surgery Medical Group and counsel Diana Esquivel appeared telephonically for Defendants Sonia Angell, Steven Lopez, Eric Creer, and Shirley Campbell. The parties did not request that the matters discussed be placed on the record at this time. Based on the discussion at the hearing, IT IS HEREBY ORDERED that:

1. The deadlines to file and serve deposition designations and the final exhibit lists and submit premarked exhibits are CONTINUED **seven (7) days;** and

2. The parties shall either file a stipulation to continue the trial date or request a further status hearing on or before **January 13, 2021**.

IT IS SO ORDERED.

Dated: **January 8, 2021**

UNITED STATES MAGISTRATE JUDGE

1