# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PERVAIZ A. CHAUDHRY, M.D., et al., | Case No. 1:16-cv-01243-SAB |
| Plaintiffs, | ORDER VACATING JANUARY 25, 2021 TRIAL AND DEADLINES IN AMENDED PRETRIAL ORDER AND SETTING STATUS CONFERENCE FOR MARCH 5, 2021 |
| v. | |
| SONIA ANGELL, et al., | |
| Defendants. | (ECF Nos. 116, 127, 129) |

At the request of the parties a status conference was held in this matter on January 15, 2021. Counsel Thornton Davidson and Ty Kharazi appeared by video for Plaintiffs Pervaiz Chaudhry and Valley Cardiac Surgery Medical Group and counsel Diana Esquivel appeared by video for Defendants Sonia Angell, Steven Lopez, Eric Creer, and Shirley Campbell. For the reasons, stated on the record, the trial of this matter set for January 25, 2021 and the deadlines in the amended pretrial order shall be vacated.

Accordingly, IT IS HEREBY ORDERED that:

1. The trial of this matter set for January 25, 2021, and the deadlines in the amended pretrial order shall be VACATED; and

2. A status conference is set for March 5, 2021, at 1:30 p.m. in Courtroom 9.

IT IS SO ORDERED.

Dated: **January 15, 2021**

UNITED STATES MAGISTRATE JUDGE

1