1
2
3
4
5
6
7

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PERVAIZ A. CHAUDHRY, M.D., et al., | Case No.  1:16-cv-01243-SAB |
| Plaintiffs, | ORDER REQUIRING PARTIES TO SHOW CAUSE WHY SANCTIONS SHOULD NOT ISSUE FOR FAILURE TO COMPLY WITH ORDERS |
| v. | |
| SONIA ANGELL, et al., | (FIVE DAY DEADLINE) |
| Defendants. | |

On September 21, 2020, the parties in this action indicated that they would waive a jury trial.  (ECF No. 114.)  On October 30, 2020, a second amended pretrial order issued in which the parties were ordered to file a waiver of jury trial within five days if they had not already done so. (ECF No. 115.)  On November 2, 2020, a third amended pretrial order issued ordering the parties to file a waiver of jury trial within five days.  (ECF No. 116.)  On March 5, 2021, a status conference was held to set this matter for trial.  (ECF No. 133.)  On this same date a fifth amended pretrial order issued and this matter is set for a bench trial on May 4, 2021.  (ECF No. 134.)  In the March 5, 2021 pretrial order, the parties were ordered to file a waiver of jury trial within five days.  (Id.)  More than five days have passed and despite the three orders requiring a waiver of jury trial to be filed, neither of the parties have complied.

Local Rule 110 provides that "[f]ailure of counsel or of a party to comply with these Rules or with any order of the Court may be grounds for imposition by the Court of any and all

1    sanctions . . . within the inherent power of the Court."  The Court has the inherent power to

2    control its docket and may, in the exercise of that power, impose sanctions where appropriate,

3    including dismissal of the action.  Bautista v. Los Angeles County, 216 F.3d 837, 841 (9th Cir.

4    2000).

5         Accordingly, IT IS HEREBY ORDERED that the parties shall SHOW CAUSE IN

6    WRITING within **five (5) days** of the date of entry of this order why sanctions should not issue

7    for the failure to comply with the October 30, 2020; November 2, 2020; and March 5, 2021

8    pretrial orders.

9

10   IT IS SO ORDERED.

11   Dated:   **March 11, 2021**

                      UNITED STATES MAGISTRATE JUDGE