1
2
3
4
5

# UNITED STATES DISTRICT COURT

6

### EASTERN DISTRICT OF CALIFORNIA

7

8    PERVAIZ A. CHAUDHRY, M.D., et al.,          Case No.  1:16-cv-01243-SAB

9            Plaintiffs,                          ORDER DISCHARGING MARCH 11, 2021
                                                  ORDER TO SHOW CAUSE AS TO
10       v.                                       DEFENDANTS ONLY AND REQUIRING
                                                  PLAINTIFFS' TO APPEAR ON MARCH 24,
11   SONIA ANGELL, et al.,                        2021 AT 10:00 A.M. IN COURTROOM 9 TO
                                                  SHOW CAUSE WHY MONETARY
12           Defendants.                          SANCTIONS SHOULD NOT ISSUE FOR
                                                  FAILURE TO COMPLY
13

14

15        On March 11, 2021, an order issued requiring the parties to show cause within five days

16   why sanctions should not issue for the failure to comply with orders requiring a waiver of jury

17   trial to be filed.  (ECF No. 135.)  On March 12, 2021, Steven Lopez, Shirley Campbell, and

18   Sonia Angell ("Defendants") filed a notice of waiver of jury trial and a response to the order to

19   show cause.  (ECF Nos. 136, 137.)  The deadline to respond has passed and Pervaiz A. Chaudhry

20   and Valley Cardiac Surgery Medical Group ("Plaintiffs") have not responded to the March 11,

21   2021 order.  The Court shall discharge the order to show cause as to Defendants and shall require

22   Plaintiffs to appear on March 24, 2021 to show cause why monetary sanctions should not issue

23   for the failure to comply with October 20, 2020 order, November 2, 2020 order, March 5, 2021

24   order and March 11, 2021 order.

25        Accordingly, IT IS HEREBY ORDERED that:

26        1.    The March 11, 2021 order to show cause is DISCHARGED as to Defendants

27              only;

28        2.    A show cause hearing is set for **March 24, 2021 at 10:00 a.m. in Courtroom 9**;

1

1           and

2       3.     Plaintiffs shall appear on March 24, 2021 to show cause why monetary sanctions

3           should not issue for the failure to comply.

IT IS SO ORDERED.

Dated:   **March 17, 2021**

UNITED STATES MAGISTRATE JUDGE