# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PERVAIZ A. CHAUDHRY, M.D., et al.,<br><br>    Plaintiffs,<br><br>    v.<br><br>SONIA ANGELL, et al.,<br><br>    Defendants. | Case No. 1:16-cv-01243-SAB<br><br>ORDER RE RESPONSE TO ORDER TO SHOW CAUSE<br><br>(ECF No. 139)<br><br>TWO DAY DEADLINE |

On March 11, 2021, an order issued requiring the parties to show cause why sanctions should not issue for the failure to file a waiver of jury trial. (ECF No. 135.) On March 12, 2021, Defendants filed a response to the order to show cause and a notice of waiver of jury trial. (ECF Nos. 136, 137.) Plaintiffs did not file a response to the order to show cause. On March 17, 2021, an order issued discharging the order to show cause as to Defendants and setting an order to show cause hearing and Plaintiffs were ordered to appear on March 24, 2021. (ECF No. 138.) On this same date, Plaintiffs' counsel filed a declaration in response to the order to show cause. (ECF No. 139.)

The Court has reviewed Plaintiffs' counsel's declaration. Although Plaintiffs do address the failure to file a waiver of jury trial, the Court will require an actual waiver to be filed. (See Defendants' Notice of Waiver of Jury Trial, ECF No. 136.) Once the waiver is filed, the Court will discharge the order to show cause and vacate the March 24, 2021 hearing.

Accordingly, IT IS HEREBY ORDERED that Plaintiffs shall file a waiver of jury trial within **two (2) days** of the date of entry of this order.

IT IS SO ORDERED.

Dated: __**March 17, 2021**__

_____
UNITED STATES MAGISTRATE JUDGE