# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PERVAIZ A. CHAUDHRY, M.D., et al., <br><br>    Plaintiffs, <br><br>  v. <br><br>SONIA ANGELL, et al., <br><br>    Defendants. | Case No. 1:16-cv-01243-SAB <br><br> ORDER DISCHARGING ORDER TO SHOW CAUSE AND VACATING MARCH 24, 2021 HEARING <br><br> (ECF Nos. 135, 138 ) |

On March 11, 2021, an order issued requiring the parties to show cause why sanctions should not issue for the failure to file a waiver of jury trial. (ECF No. 135.) Defendants filed a response and notice of waiver of jury trial on March 12, 2021. (ECF Nos. 136, 137.) On March 17, an order issued setting an order to show cause hearing due to Plaintiffs' failure to respond for March 24, 2021. (ECF No. 138.) On this same date, Plaintiffs filed a response to the order to show cause. (ECF No. 139.) Subsequently an order issued informing Plaintiffs that the order to show cause hearing would be vacated upon the filing of the waiver of jury trial. (ECF No. 140.) On March 18, 2021, Plaintiffs filed a notice of waiver of jury trial. (ECF No. 141.)

Accordingly, IT IS HEREBY ORDERED that the March 11, 2021 order to show cause is DISCHARGED; the March 24, 2021 hearing is VACATED; and the parties are not required to appear on that date

IT IS SO ORDERED.

Dated: **March 18, 2021**

UNITED STATES MAGISTRATE JUDGE

1