|   |   |
|---|---|
| PERVAIZ A. CHAUDHRY, M.D. and VALLEY CARDIAC SURGERY MEDICAL GROUP,<br><br>Plaintiffs,<br><br>v.<br><br>SONIA ANGELL, STEVEN LOPEZ, and SHIRLEY CAMPBELL,<br><br>Defendants. | Case No. 1:16-cv-01243-SAB<br><br>ORDER RE ELECTRONIC EVIDENCE AT TRIAL |

# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

A bench trial in this matter is set to begin on May 4, 2021, before United States Magistrate Judge Stanley A. Boone in Courtroom 9 (SAB). Pursuant to the pretrial order filed on December 4, 2019, the parties are required to exchange and file exhibit binders prior to trial. (ECF No. 88 at 31-34.) By this order, the parties are advised that the exhibits at the trial of this matter will be handled electronically. Paper exhibits will not be required and the parties will not be submitting exhibit binders to the Court. The Court shall use an electronic box ("Box") for the collection of exhibits for the trial. The parties are not required to download an application for electronic evidence. The courtroom clerk will provide the parties with a link to access Box after entry of this order via email. This order informs the parties of how to mark and upload exhibits for trial.

1. <u>Pre-Marked Exhibits:</u>

All exhibits, including those placed in Box, must be pre-marked with an exhibit sticker or

1 other legible numbering/lettering.  If the individual exhibit includes multiple pages and is not
2 easily identified as to each page (i.e., Bates stamp numbering), then the exhibit must be page
3 numbered.  This requirement that exhibits be pre-marked applies both to evidence that will be
4 formally admitted into evidence as well as any other exhibits that will be presented in any
5 manner during trial, such as "demonstrative" evidence.  Impeachment or rebuttal evidence need
6 not be pre-marked.  However, evidence of bias, extrinsically introduced, must be pre-marked.

      **a.**    **Joint Exhibits**:  Joint exhibits are those exhibits which all parties agree may be admitted into evidence without the need for laying a proper foundation under the Federal Rules of Evidence.  Joint exhibits must be pre-marked using **numbers** beginning with J1 (e.g., J1, J2, J3, etc.).  Those exhibits may be introduced at any time during the course of the trial.  However, unless the parties agree otherwise on the record, joint exhibits are not "automatically" admitted into evidence: at least one of the parties must admit a joint exhibit into evidence.

      **b.**    **Plaintiffs' Exhibits**:  Plaintiffs' exhibits must be pre-marked using **numbers** beginning with 200 (e.g., 200, 201, 203, etc.).

      **c.**    **Defendants' Exhibits**:  Defendants' exhibits must be pre-marked using **numbers** beginning with 400 (e.g., 400, 401, 403, etc.).

2. <u>Submission of Exhibits</u>

As stated above, the parties are not required submit to the Court physical exhibit binders.  Simultaneously with the issuance of this order, the courtroom deputy will email each party the links to upload documents and the links to review the documents in Box.

On or before **April 26, 2021,** all exhibits shall be uploaded to the joint or the party's Box link.

All documentary evidence shall be uploaded to Box in PDF format.

All video and audio files shall be uploaded to Box in the format as set forth in the Eastern District of California website under "Attorney Info" then "Electronic Evidence Submission/Presentation" and proceed to section entitled "Acceptable Audio and Video Formats."

As addressed above, impeachment and rebuttal evidence need not be pre-marked and uploaded prior to trial.  Impeachment or rebuttal evidence used at trial shall be marked with an exhibit number.  Impeachment or rebuttal evidence that has not been uploaded prior to trial shall be marked and uploaded to Box by the end of the day in which the exhibit was used at trial.

3. <u>Trial</u>

The Court is mindful that certain parties and witnesses will be appearing by video during the trial of this matter.  The Court intends to be physically present in the courtroom during the trial and the parties and attorneys may also be present.  A hearing shall be set to discuss whether, other than those parties and witnesses that will be appearing by video, the parties are amenable to appearing in person for the trial of this matter.

Accordingly, IT IS HEREBY ORDERED that a video hearing is set for **April 19, 2021 at 11:30 a.m.** to discuss whether the parties and attorneys will be present in the courtroom during trial.

IT IS SO ORDERED.

Dated: __**April 14, 2021**__

UNITED STATES MAGISTRATE JUDGE

3