# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PERVAIZ A. CHAUDHRY, M.D. and VALLEY CARDIAC SURGERY MEDICAL GROUP,<br><br>Plaintiffs,<br><br>v.<br><br>SONIA ANGELL, STEVEN LOPEZ, and SHIRLEY CAMPBELL,<br><br>Defendants. | Case No. 1:16-cv-01243-SAB<br><br>ORDER RE STIPULATED REQUEST TO EXTEND DEADLINE FOR DEPOSITION TESTIMONY DESIGNATIONS<br><br>(ECF No. 144) |

A bench trial in this matter is set to begin on May 4, 2021, before United States Magistrate Judge Stanley A. Boone in Courtroom 9 (SAB).  On March 5, 2021, the Court issued a fifth amended pretrial order requiring the parties to file and serve their deposition testimony designations on or before April 16, 2021.  (ECF No. 134.)  On April 14, 2021, the parties submitted a stipulated request to extend the deadline to file and serve their deposition designations until April 20, 2021.  (ECF No. 144.)  The parties proffer that they require more time to comply with the deadline due to Plaintiffs' counsel preparing for trial in another matter, and because Defendants' counsel needed to redirect her time to another matter due to issues that were unforeseen at the time the current deadline was set.  (Id.)  The parties submit that they do not anticipate this requested extension will necessitate alteration of other trial-related deadlines.  Specifically, the Court notes the parties have not requested a change to the related deadline to

1

1 file any counter-designations to the deposition designations, set for April 27, 2021, in the Court's fifth amended pretrial order.  The Court finds good cause to grant the stipulated request.

Accordingly, IT IS HEREBY ORDERED that the deadline to file and serve deposition testimony designations shall be extended until April 20, 2021.

IT IS SO ORDERED.

Dated: **April 14, 2021**

UNITED STATES MAGISTRATE JUDGE