# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PERVAIZ A. CHAUDHRY, M.D., et al., | Case No. 1:16-cv-01243-SAB |
| Plaintiffs, | ORDER FOLLOWING HEARING |
| v. | |
| SONIA ANGELL, et al., | |
| Defendants. | |

On April 22, 2021, a video conference was held to address the trial of this matter. Counsel Ty Kharazi and Thornton Davidson appeared for Plaintiffs Pervaiz A. Chaudhry and Valley Cardiac Surgery Medical Group.  Counsel Diana Esquivel appeared for Defendants Sonia Angell, Shirley Campbell, and Steven Lopez.

Based on the discussed at the hearing, IT IS HEREBY ORDERED that:

1. The deadline to designate deposition testimony is extended to **April 26, 2021**;

2. The deadline for counter designations is extended to **April 29, 2021**; and

3. The parties are to lodge all deposition transcripts that will be used at trial in the electronic evidence box no later than **April 26, 2021**.

IT IS SO ORDERED.

Dated:  **April 23, 2021**

UNITED STATES MAGISTRATE JUDGE

1