# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PERVAIZ A. CHAUDHRY, M.D., et al., | Case No. 1:16-cv-01243-SAB |
| Plaintiffs, | ORDER SETTING HEARING ON PLAINTIFF'S APPLICATION FOR ORDER TO SHOW CAUSE FOR APRIL 28, 2021 |
| v. | |
| SONIA ANGELL, et al., | |
| Defendants. | |

On April 22, 2021, a hearing regarding the trial scheduled for May 4, 2021 was conducted. At the hearing, Plaintiffs' counsel raised an issue with Community Regional Medical Center's ("CRMC") compliance with a December 7, 2020 order requiring CRMC to produce a peer review file in response to a subpoena. At the hearing, the parties were advised that the Court would not address the issue outside the presence of CRMC's counsel and that a motion was required to filed. Further, the parties were advised that if the issue needed to be addressed on shortened time an application to shorten time should be filed.

On April 23, 2021, Plaintiffs filed an ex parte application for an order to show cause why a contempt citation should not issue for CRMC's failure to comply with the court order requiring production of the peer review file. Plaintiffs did not file an application for an order shortening time nor did they set a noticed motion. Since the trial of this matter is set to begin in just over a week, the Court will sua sponte set this application for a hearing on shortened time, but for future

reference, Plaintiffs are referred to Local Rule 144 for the procedure to seek a hearing on shortened time.

Accordingly, IT IS HEREBY ORDERED that:

1. A hearing on Plaintiffs' application for an order to show cause why a contempt sanction should not issue for CRMC's failure to comply with the court order requiring production of the peer review file is set for **April 28, 2021, at 10:00 a.m.** in Courtroom 9;

2. Plaintiffs shall serve a copy of this order on counsel for CRMC by **5:00 p.m. on April 23, 2021**;

3. CRMC's opposition to the motion shall be filed by **4:00 p.m. on April 27, 2021**; and

4. Counsel for Plaintiffs shall be prepared to address at the hearing their diligence in bringing this matter before the Court.

IT IS SO ORDERED.

Dated:   **April 23, 2021**

UNITED STATES MAGISTRATE JUDGE