# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PERVAIZ A. CHAUDHRY, M.D., et al., | Case No. 1:16-cv-01243-SAB |
| Plaintiffs, | ORDER GRANTING NONPARTY CRMC'S *EX PARTE* APPLICATION TO SHORTEN TIME AND SETTING HEARING ON CRMC'S MOTION TO QUASH FOR APRIL 28, 2021 |
| v. | |
| SONIA ANGELL, et al., | |
| Defendants. | |

A trial in this matter is scheduled to begin on May 4, 2021. A hearing on Plaintiffs' application for an order to show cause why a contempt sanction should not issue against nonparty Community Regional Medical Center's ("CRMC"), is currently set for April 28, 2021. (ECF Nos. 151, 152.) On April 26, 2021, nonparty CRMC filed an *ex parte* motion to quash Plaintiffs' trial subpoena, or alternatively to hear the motion on shortened time. (ECF No. 153.) Given the proximity to the trial date and the currently scheduled hearing on Plaintiffs' application, the Court shall grant nonparty CRMC's request to hear the motion to quash on shortened time, set the hearing for the same date as the hearing on Plaintiffs' application, and order Plaintiffs to file any opposition by 4:00 p.m. on April 27, 2021.

Accordingly, IT IS HEREBY ORDERED that:

1. Nonparty CRMC's *ex parte* application to hear the motion to quash on shortened time is GRANTED;

1

2. A hearing on CRMC's motion to quash is set for **April 28, 2021, at 10:00 a.m.** in Courtroom 9; and

3. Plaintiffs' opposition to nonparty CRMC's motion to quash shall be filed by **4:00 p.m. on April 27, 2021**.

IT IS SO ORDERED.

Dated: __**April 27, 2021**__

UNITED STATES MAGISTRATE JUDGE