## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

                                                                  **JUDGMENT IN A CIVIL CASE**

**PERVAIZ A. CHAUDHRY M.D., ET AL.,**

                                                                  CASE NO: **1:16–CV–01243–SAB**

             v.

**STEVEN LOPEZ, ET AL.,**

**Decision by the Court.** This action came before the Court. The issues have been tried, heard or decided by the judge as follows:

IT IS ORDERED AND ADJUDGED

    **THAT JUDGMENT IS HEREBY ENTERED IN ACCORDANCE WITH THE COURT'S ORDER FILED ON 9/29/2021**

                                                                     **Keith Holland**
                                                                     Clerk of Court

ENTERED: **September 29, 2021**

                                                by:_ /s/  T. Lundstrom_____
                                                                             Deputy Clerk